UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
CASE NO.: 9:18-cv-80543-DMM

RICHARD FORDE, individually,

      Plaintiff,
v.

BELLA ALBERTSON LLC, a Florida
limited liability company, ADVOCATE
STAFFING SERVICES, LLC, a Florida
limited liability company,
ROBERT HALLOCK, individually,
and ANDREW STRANGE, individually,

      Defendants.
_____/

## STATEMENT OF CLAIM

Pursuant to the Court's Order of Order Setting FLSA Schedule [D.E. 10], Plaintiff, RICHARD FORDE ("Plaintiff"), files this Statement of Claim setting forth the amount of unpaid wages, the calculation of such wages, and the nature of the wages. The calculations are based on the very limited records available to Plaintiff. As such, all figures set forth herein are Plaintiff's *estimates* of his damages and are subject to change or amendment upon discovery of a mistake or new information. Accordingly, Plaintiff further reserves the right to change his damages calculations based on other information as may be revealed through the process of discovery.

**I. Calculation of Plaintiff's Wages, Hours, and Total Claim**

Plaintiff is claiming unpaid minimum wages and overtime wages for work performed from approximately May 12, 2017 through February 13, 2018. As illustrated below, between May 12, 2017 and June, 16, 2017, Plaintiff worked approximately ten (10) hours of unpaid overtime per week for a total of fifty (50) unpaid overtime hours during the period. Between July 1, 2017 and December 31, 2017, Plaintiff

worked approximately one (1) hour of unpaid overtime per week for a total of twenty-six (26) unpaid overtimes hours during the period.  Between January 2, 2018 and Febuary 13, 2018, Plaintiff worked approximately sixty (60) unpaid overtime hours per week for a total of three hundred and sixty (360) hours of unpaid overtime during the period.  At all times material hereto, Plaintiff's base rate of pay was $18.75/hour, such that any overtime hours should have been paid at the rate of $28.125/hour, i.e., $18.75/hour straight time plus $9.375/hour half time.

**Period 1: May,12 2017-June 16, 2017 (5 weeks)**
Period 1 Total:
Straight Time (unpaid): 10 hours/week x 5 weeks x $18.75/hour = $937.50
Overtime (unpaid; at 0.5 x $18.75/hr): 10 hours/week x 5 weeks x $9.375/hr = $468.75
    Subtotal 1 (Straight Time + Overtime): $1,406.25
Liquidated Damages (1 x Subtotal 1): $1,406.25
Period 1 Total (Subtotal 1 + Liquidated Damages): $2,812.50

**Period 2: July 1, 2017-December 31, 2017 (26 weeks)**
Period 2 Total:
Straight Time (unpaid): 1 hours/week x 26 weeks x $18.75/hour = $487.50
Overtime (unpaid; at 0.5 x $18.75/hr): 1 hours/week x 26 weeks x $9.375/hr = $243.75
    Subtotal 2 (Straight Time + Overtime): $731.25
Liquidated Damages (1 x Subtotal 2): $731.25
Period 2 Total (Subtotal 2 + Liquidated Damages): $1,462.50

**Period 3: January 2, 2018-Febuary 13, 2018 (6 weeks)**
Period 3 Total:
Straight Time (unpaid): 60 hours/week x 6 weeks x $18.75/hour = $6,750.00
Overtime (unpaid; at 0.5 x $18.75/hr): 60 hours/week x 6 weeks x $9.375/hr = $3,375.00
    Subtotal 3 (Straight Time + Overtime): $10,125.00
Liquidated Damages (1 x Subtotal 3): $10,125.00
Period 3 Total (Subtotal 3 + Liquidated Damages): $20,250.00

**Combined Totals (Total Claim Excluding Attorneys' Fees and Costs):**

Period 1 Total + Period 2 Total + Period 3 Total (inclusive of liquidated damages) = **$24,525.00**

II.     **Attorneys' Fees and Costs to Date**

Plaintiff's attorneys' fees and costs to date total $7,150.50.

Dated: June 8, 2018.

Respectfully submitted,

**SALPETER GITKIN, LLP**

By: */s/ Joseph H. Rose*
Joseph H. Rose, Esq.
Fla. Bar No.: 56970
joe@salpetergitkin.com
One East Broward Blvd. – Suite 1500
Fort Lauderdale, FL 33301
Telephone: (954) 467-8622
Facsimile: (954) 467-8623
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by CM/ECF on all counsel or parties of record.

By: */s/ Joseph H. Rose*
Joseph H. Rose, Esq.