UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

CASE NO. 9:18-cv-80543-DMM

RICHARD FORDE, indvidually,

    Plaintiff,

v.

BELLA ALBERTSON, LLC, a Florida
limited liability company, ADVOCATE
STAFFING SERVICES, LLC, a
Florida limited liability company,
ROBERT HALLOCK, individually,
and ANDREW STRANGE,
individually,

    Defendants.
_____/

**BELLA ALBERTSON, LLC AND ADVOCATE STAFFING SERVICES, LLC'S
CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Bella Albertson, LLC ("Bella Alberston") and Advocate Staffing Services, LLC ("Advocate Staffing") states that Bella Albertson does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.  Likewise, Advocate Staffing does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

    Dated: this 11th day of June, 2018.

WALDMAN BARNETT, P.L.
*Counsel for Defendants, Bella Albertson, LLC, Advocate Staffing Services, LLC, Robert Hallock and Andrew Strange*
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Telephone: (305) 371-8809
Telecopier: (305) 448-4155
litservice@waldmanbarnett.com

By:    /s/ *Eleanor T. Barnett*
     Glen H. Waldman, Esq.
     Fla. Bar No. 618624
     Eleanor T. Barnett, Esq.
     Fla. Bar No. 0355630
     Benjamin L. Keime, Esq.
     Fla. Bar No. 11875

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy has been electronically filed on June 11, 2018 using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

               /s/ Eleanor T. Barnett
               Eleanor T. Barnett, Esq.